IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SAM McDONALD, III AND
DELORIS MCDONALD                                                                    PLAINTIFFS

VS.                                                              CIVIL ACTION NO. 4:05cv145 TSL-LRA

FORD MOTOR COMPANY, ET AL.                                                    DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, the Plaintiffs and the Defendants, having reached settlement and having entered a Stipulation of Dismissal, jointly move the Court by motion *ore tenus* for an order dismissing this action with prejudice as to all Defendants. Such *ore tenus* motion has come before the Court and is granted. Therefore, this action is dismissed with prejudice.

This the 28th day of March, 2007.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

/s/ John L. Davidson
John L. Davidson, Esq.
Davidson, Bowie & Sims, PLLC
Post Office Box 321405
Jackson, MS 39232
Telephone: (601) 932-0028

Percy W. Watson
Law Offices of Percy W. Watson
P. O. Box 1767
Hattiesburg, MS 39403-1767
Telephone: (601) 545-1051
**ATTORNEYS FOR PLAINTIFFS**


/s/ Frederick N. Salvo, III
Frederick N. Salvo, III (MSB No. 100419)
Walker W. Jones, III (MSB No. 3303)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
4268 I-5 North
Meadowbrook Office Park
P. O. Box 14167
Jackson, MS 39236
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
**ATTORNEYS FOR FORD MOTOR COMPANY**